1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10   CHARLES NERO,                    )  CASE NO. CV 08-4773-SVW (PJW)
                                      )
11                  Plaintiff,        )
                                      )  J U D G M E N T
12        v.                          )
                                      )
13   SHERIFF LEE BACA, et al.,        )
                                      )
14                  Defendants.       )
     _____)

15

16        Pursuant to the Order Adopting Findings, Conclusions, and

17   Recommendations of United States Magistrate Judge,

18        IT IS ADJUDGED that the action is dismissed without prejudice as

19   to Defendant D.O. and with prejudice as to Defendant Baca.

20

21        DATED:    April 7, 2010

22

23

24        _____
          STEPHEN V. WILSON
25        UNITED STATES DISTRICT JUDGE

26

27   C:\Temp\notes1B8056\Judgment.nero.wpd

28